No. 99–9602. MORRIS v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 99–9603. MATKINS v. GRAY ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9605. MADRIGAL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–9610. SETTS v. P. R. I. D. E. ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9612. WILSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–9619. LINDSEY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–9621. JOSEPH v. ATHERTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9625. CARPENTER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–9628. ATRAQCHI ET UX. v. GOLD'S GYM ENTERPRISES, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–9629. COX v. MORGAN, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–9630. CLAYTON v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–9634. COLE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9635. HOLGUIN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–9636. GRAY v. GILLEN. C. A. 9th Cir. Certiorari denied.